**No. 60614.**—E. Leitz, Inc., et al. *v.* United States, protests 268624–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, APRIL 10, 1957

**No. 60615.**—J. E. Bernard & Company, Inc. *v.* United States, protest 185274–K/3774 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal ironer parts similar in all material respects to those the subject of *United States* v. *J. E. Bernard & Company, Inc.* (42 C. C. P. A. 141, C. A. D. 586), the claim of the plaintiff was sustained.